# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

WILMINGTON SAVINGS FUND SOCIETY   :   No. 43 EM 2018

             v.   :

CHERYL RATLIFF AND ANTHONY ORLANDO   :

PETITION OF: JULIE MCCREY-HOLMES & CHARLES A. HOLMES   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2018, the Emergency Application for Stay is hereby **DENIED.**